**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     **KANDICE SLOAN** ) | |
|         **DEBTOR** ) | |
| ) | CASE NO.: 17-04408-JJG-13 |

**MOTION FOR DETERMINATION OF VALIDITY**
**REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

Come now counsel for the Debtor, Steven P. Taylor, and in support of the Motion would state as follows:

1. On September 23, 2020, U.S. Bank National Association, as Trustee (hereinafter "Claimant") filed a Notice of Mortgage Payment Change with respect to claim 4 on the claims register in the instant case which alleges a security interest in the Debtor's property at 4052 Congaree Lane, Indianapolis, IN 46235.

2. Said notice of mortgage payment change amended the prior notice of payment change filed August 2, 2019..

3. The August 2, 2019 Notice set the Debtor's monthly mortgage payment to $1256.23 effective September 1, 2020.

4. The September 23, 2020 Notice increased the monthly mortgage payment to $1,436.32 based upon an increase in property taxes and insurance.

5. Said increase would only amount to an additional $49.60 per month (September 23 Notice, pages 3, 4); therefore the remainder must be based on escrow shortage..

6. Debtor objects to the Notice of Payment Change as it does not contain a complete historical escrow analysis for the prior twelve (12) months to establish the escrow shortage..

WHEREFORE, the Debtor respectfully requests that the Court set this matter for hearing on Claimant's Notice of Mortgage Payment Change and that the debtor have such other and further relief as just and proper in the premises.

Respectfully Submitted,

/s/ Steven P. Taylor
Steven P. Taylor (IN 18913-49)
Attorney for the Debtor

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served electronically or by United States Mail, first class, postage prepaid, this October 16, 2020 upon the parties and/or counsel of record named below:

Chapter 13 Trustee

US Trustee

Molly Simons
Attorney for Creditor
Sottile and Barile, Attys at Law
394 Wards Corner, Suite 180
Loveland, OH 45140
(513) 444-4100
Email bankruptcy@sottileandbarile.com

/s/ Steven P. Taylor
Steven P. Taylor
Law Office of Steven P. Taylor, PC
6100 N Keystone, Suite 254
Indianapolis, IN 46220
Telephone: 317 475-1570
Telecopier: 317 475-1697
Email: sptaylor@bankruptcyoffice.net